LEWIS BRISBOIS BISGAARD & SMITH LLP
ARTHUR K. CUNNINGHAM, SB# 97506
STEPHANIE J. TANADA, SB# 257769
650 East Hospitality Lane, Suite 600
San Bernardino, California 92408
Telephone: 909.387.1130
Facsimile: 909.387.1138

Attorneys for Defendant
COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| WILLIAM JELLIS, | CASE NO. 5:15-CV-1944-DSF (JCG) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | Trial Date: None Set |

GOOD CAUSE APPEARING AND THE PARTIES HAVING STIPULATED THERETO, IT IS ORDERED, ADJUDGED AND DECREED:

1. The Complaint, in its entirety and as to each and every claim for relief and any and all defendants, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

2. The settlement is further memorialized in a written settlement agreement.

3. The parties shall bear their own costs, expenses and attorneys' fees arising out of and/or connected with this matter, including any such fees or expenses potentially recoverable under 42 U.S.C. Sec. 1988, except for those specifically negotiated for and previously agreed in writing prior to the execution of this

4822-9029-1776.1

1

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

dismissal.

4. This Order is the result of a compromise of disputed claim. It is not to be considered as an admission of liability and/or responsibility with regard to the incident, occurrence, casualty or event referenced in the pleadings herein.

5. This Court shall retain jurisdiction to enforce the terms of the settlement agreement between the Parties. Accordingly, the terms of the settlement agreement are hereby incorporated by reference into this Order.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: January 26, 2017

By: _____
Hon. Jay C. Gandhi
United States Magistrate Judge

4822-9029-1776.1

2

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE